Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-22313 LMI  
**Case Name:** QUALITY FRUIT PRODUCE, CORP.  

**Trustee:** (290830)   Barry E. Mukamal  
**Filed (f) or Converted (c):** 05/04/11 (f)  
**§341(a) Meeting Date:** 06/14/11  

**Period Ending:** 06/30/12  

**Claims Bar Date:** 09/12/11

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | BANK OF AMERICA A/N # 7168 | 100.00 | Unknown |  | 0.00 | Unknown |
| 2 | OFFICE EQUIPMENT, FURNISHINGS, AND SUPPLIES | 150.00 | 150.00 | DA | 0.00 | FA |
| 2 | **Assets**   Totals (Excluding unknown values) | **$250.00** | **$150.00** |  | **$0.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

   The Trustee is finalizing the review of the books and records of the business for preferences and fraudulent transfers.  The trustee is in process of obtaining legal counsel.

   Initial claims review complete pending objections.  Corporate tax returns will be required.

**Initial Projected Date Of Final Report (TFR):**  June 30, 2012     **Current Projected Date Of Final Report (TFR):**  June 30, 2013

_____  
     July 31, 2012  
            Date

/s/ Barry E. Mukamal  
_____  
Barry E. Mukamal